1 Kimberly E. Colwell (SBN: 127604)
kcolwell@meyersnave.com
2 Tricia L. Hynes (SBN: 212550)
thynes@meyersnave.com
3 MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
4 Oakland, CA 94607
Telephone: (510) 808-2000
5 Facsimile: (510) 444-1108

6 Attorneys for Defendants
CITY OF SAN LEANDRO, DALE ATTARIAN,
7 BRIAN ANTHONY and GREG LEMMON

8

9 IN THE UNITED STATES DISTRICT COURT

10 NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11 DANIEL MUNOZ SOLIS, | Case No: C08-04402 EMC |
| 12 Plaintiff, | |
| 13 v. | **DEFENDANTS' CASE MANAGEMENT CONFERENCE STATEMENT** ; ORDER RESETTING CASE MANAGEMENT |
| 14 CITY OF SAN LEANDRO, a municipal corporation; DALE ATTARIAN, in his | CONFERENCE TO 7/8/09 at 2:30 p.m. |
| 15 official capacity as Chief of Police for the CITY OF SAN LEANDRO; BRIAN | DATE: April 22, 2009<br>TIME: 2:30 p.m. |
| 16 ANTHONY, individually and in his official capacity as a Police Officer for the CITY OF | DEPT: Courtroom C, 15th Floor<br>JUDGE: Honorable Edward M. Chen |
| 17 SAN LEANDRO; GREG LEMMON, individually and in his official capacity as a | |
| 18 Police Officer for the CITY OF SAN LEANDRO; and DOES 1 thru DOES 20, | |
| 19 inclusive; and DOES 20 thru DOES 30, inclusive, | |
| 20 | |
| 21 Defendants. | Trial: May 3, 2010 |

22

23

24

25

26

27

28

Defendants' Case Management Conference Statement [08-4402 EMC]

Defendants CITY OF SAN LEANDRO, DALE ATTARIAN, BRIAN ANTHONY and GREG LEMMON ("City Defendants") submit their separate Case Management Conference Statement in this action because Plaintiff's counsel John L. Burris and Benjamin Nisenbaum are away in trial and Walter J. Cannady is dealing with a death in the family.

At the Early Neutral Evaluation, the parties decided to conduct limited discovery and then go back to Evaluator Patrick Robbins for mediation. Defendants request the Court set a further Case Management Conference 90-120 days from now so that the parties can attempt to resolve the case.

Dated: April 15, 2009

Respectfully submitted,

MEYERS, NAVE, RIBACK, SILVER & WILSON

By: /s/ Tricia L. Hynes
Tricia L. Hynes
Attorneys for Defendants
CITY OF SAN LEANDRO, DALE ATTARIAN, BRIAN ANTHONY and GREG LEMMON

1222896.1

IT IS SO ORDERED that the status conference is reset from 4/22/09 to 7/8/09 at 2:30 p.m. A Joint Updated status conference statement shall be filed by 7/1/09.



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

Edward M. Chen
U.S. Magistrate Judge

Defendants' Case Management Conference Statement [08-4402 EMC]

1