JOHN L. BURRIS. ESQ. (SBN 69888)
BENJAMIN NISENBAUM, ESQ. (SBN 222174)
Law Offices of John L. Burris
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:  (510) 839-3882

WALTER JACK CANNADY
Attorney at Law
P.O. Box 29221
Oakland, CA 94604
(510)339-3434
Fax: (510)888-9411

Attorneys for plaintiff
DANIEL MUNOZ SOLIS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MUNOZ SOLIS<br><br>    Plaintiff,<br><br>  vs.<br><br>CITY OF SAN LEANDRO, et al.<br><br>    Defendants. | Case No.: 3:08-cv-04402-EMC<br><br>**NOTICE OF SETTLEMENT**<br><br>ORDER RESETTING STATUS CONFERENCE FROM 9/30/09 to 11/4/09 at 2:30 p.m. |

TO THE COURT AND PARTIES in the above-entitled action:

The parties in the above-entitled action have entered into a settlement of all causes of action. The parties therefore request that future court dates in this action be vacated from the Court's calendar.

Notice of Settlement                                                                                                                  1

Plaintiff shall dismiss this action with prejudice upon full performance of the settlement agreement.

Dated:  September 24, 2009                    THE LAW OFFICES OF JOHN L. BURRIS

                                                                                  __/s/_____
                                                                                  Benjamin Nisenbaum
                                                                                   Attorney for Plaintiff
                                                                                   Daniel Munoz Solis

IT IS SO ORDERED that the status conference set for 9/30/09 at 1:00 p.m. is reset for 11/4/09 at 2:30 p.m.  A Joint status conference statement shall be filed by 10/28/09.

_____
Edward M. Chen
U.S. Magistrate Judge



Notice of Settlement                                                                                                                      2