Kimberly E. Colwell (SBN: 127604)
kcolwell@meyersnave.com
Tricia L. Hynes (SBN: 212550)
thynes@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA  94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
CITY OF SAN LEANDRO, DALE ATTARIAN,
BRIAN ANTHONY and GREG LEMMON

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MUNOZ SOLIS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO, a municipal corporation; DALE ATTARIAN, in his official capacity as Chief of Police for the CITY OF SAN LEANDRO; BRIAN ANTHONY, individually and in his official capacity as a Police Officer for the CITY OF SAN LEANDRO; GREG LEMMON, individually and in his official capacity as a Police Officer for the CITY OF SAN LEANDRO; and DOES 1 thru DOES 20, inclusive; and DOES 20 thru DOES 30, inclusive,<br><br>　　　　Defendants. | Case No: C08-04402 EMC<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Joint Stipulation and [Proposed] Order for Dismissal with Prejudice [08-4402 EMC]

John Burris, attorney for Plaintiff Daniel Solis, and Tricia L. Hynes, attorney for Defendants City of San Leandro, Chief Dale Attarian, Officer Brian Anthony and Officer Gregory Lemmon, do hereby agree and stipulate that:

1. Plaintiff Daniel Solis shall Dismiss this action with Prejudice;
2. Defendants City of San Leandro Chief Dale Attarian, Officer Brian Anthony and Officer Gregory Lemmon have agreed that in exchange for Plaintiff's dismissal with prejudice, they shall waive any and all rights to reimbursement for all costs and fees associated with this action.

IT IS SO STIPULATED

Dated: October 29, 2009        LAW OFFICES OF JOHN BURRIS

                               By: _____/s/ John Burris_____
                                   John Burris
                                   Attorneys for Plaintiff
                                   Daniel Solis

Dated: October 5, 2009         MEYERS, NAVE, RIBACK, SILVER & WILSON

                               By: __/S/ Tricia L. Hynes_____
                                   Tricia L. Hynes
                                   Attorneys for Defendants
                                   City of San Leandro, Chief Dale Attarian, Officer Brian Anthony
                                   and Officer Gregory Lemmon

IT IS SO ORDERED:

Dated:   November 2, 2009

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1303193.1

Joint Stipulation and [Proposed] Order for Dismissal with Prejudice [08-4402 EMC]    1